**Frederick D. WELLS, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7088.**

United States Court of Appeals, Federal Circuit.

Feb. 7, 2007.

Frederick D. Wells, pro se.

ON MOTION

*ORDER*

Upon consideration of Frederick D. Wells' unopposed motion to voluntarily dismiss his appeal, from the United States Court of Appeals for Veterans Claims, case no. 04–0638,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**CONTEYOR MULTIBAG SYSTEMS N.V., Plaintiff–Appellee,**

v.

**BRADFORD COMPANY, Defendant–Appellant.**

**No. 2007–1072.**

United States Court of Appeals, Federal Circuit.

Feb. 7, 2007.

ON MOTION

*ORDER*

Upon consideration of Bradford Company's unopposed motion to voluntarily dismiss its appeal, from the United States District Court for the Western District of Michigan, case no. 1:05–CV–613, 2006 WL 2331174,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.